**No. 49593.**—Protest 104796–K of National Distillers Products Corp. (New York).

Opinion by OLIVER, P. J. At the trial the collector's letter and statement of goods in warehouse referred to therein were admitted in evidence without objec-

tion of the Government. In view thereof the claim at ⅛ cent per pound was sustained.